## Lynn Engineering & Manufacturing Company, Inc., Appellant, v. Achey, et ux.

Argued December 4, 1974. *R. S. Trigg*, with him *Charles A. Achey, Jr.*, for appellant; *David J. Brightbill*, with him *Lewis, Brubaker, Whitman & Christianson*, for appellees.

Judgment affirmed.

VAN DER VOORT, J., absent.

## Mach Lumber Company, Appellant, v. Group Builders, Inc., et al.

Argued December 5, 1974. *Gerald M. Hershenson*, with him *Curtin and Heefner*, for appellant; *Joseph A. Torresrossa*, with him *Arthur R. Littleton*, and *Morgan, Lewis & Bockius*, for appellee.

Order affirmed.

VAN DER VOORT, J., absent.

## Molnar, Appellant, v. Molnar.

Argued December 6, 1974. *Irene H. Cotton*, for appellant; *Daniel Sherman*, for appellee.

OPINION PER CURIAM: Record remanded to the court below for further proceedings and entry of a final order.

VAN DER VOORT, J., absent.